UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INJURED WORKERS' INSURANCE FUND    *

        Plaintiff,    *

v.    * Civil Action No.: CCB-00-CV-3541

BENJAMIN GRAVETT, et al.    *

        Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF THE INJURED WORKERS' INSURANCE FUND'S MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE OF SUBPOENA ISSUED TO CUMBERLAND VALLEY FABRICATOR'S, INC.

Plaintiff, The Injured Workers' Insurance Fund ("IWIF"), hereby withdraws, without prejudice, its motion for an order permitting alternative service of subpoena issued to Cumberland Valley Fabricators, Inc., which was filed on June 7, 2001.

Respectfully submitted,

Jefferson L. Blomquist
Federal Bar No. 03770
Eric B. Myers
Federal Bar No. 25420

Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-7700

Attorneys for The Injured Workers' Insurance Fund

Dated: June 12, 2001
20040.009: 45528



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Withdrawal of The Injured Workers' Insurance Fund's Motion for Order Permitting Alternative Service of Subpoena on Cumberland Valley Fabricators, Inc. was mailed this 12th day of June, 2001, by first-class, United States mail, postage pre-paid, to:

        James B. Larrimore, Esquire
        Serio & Hidgon, P.A.
        Suite 110 - York Green
        1300 York Road
        Lutherville, Maryland 21093

        Attorney for Defendants

and:

        Gary Wayne Cook
        9446 Early Drive, Suite B
        Hagerstown, Maryland 21740

        Resident Agent for Cumberland Valley Fabricators, Inc.

        _____
        Eric B. Myers

20040.009:45528

## FUNK & BOLTON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
100 LIGHT STREET, SUITE 1000
BALTIMORE, MARYLAND 21202-1036
(410) 659-7700
FACSIMILE (410) 659-7773

DAVID M. FUNK
BRYAN D. BOLTON
BRYSON F. POPHAM
LINDSEY A. RADER
GARY C. HARRIGER
DEREK B. YARMIS
JEFFERSON L. BLOMQUIST
JOHN R. STIERHOFF
REN L. TUNDERMANN

LAURIE WINKLER THURTLE
MICHAEL R. McCANN
JAMES F. TAYLOR
ERIC B. MYERS
CHARLES D. MacLEOD
E. ELIZABETH STABER
MADELEINE D. STECKEL
KELLY E. PHILLIPS

OF COUNSEL
JACK A. GULLO, JR.
J. FRANK NAYDEN
DEBORAH R. RIVKIN

Writer's Direct Dial: 410-659-7761

June 12, 2001

Clerk, United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Hand Delivered

Re:   *Injured Workers' Insurance Fund v. Benjamin Gravett, et al.*
      Case No.: 00-CV-3541

Dear Clerk:

Enclosed for filing in the above-referenced action, please find the original and one copy of the Notice of Withdrawal of The Injured Workers' Insurance Funds' Motion for Order Permitting Alternative Service of Subpoena Issued to Cumberland Valley Fabricators, Inc. Please date stamp the extra copy and return the date-stamped copy to the messenger.

Please contact me if you have any questions.

Sincerely,

Eric B. Myers

EBM:lh
Enclosures
20040.009:45529