UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INJURED WORKERS' INSURANCE FUND | * |
| Plaintiff, | * |
| v. | * Civil Action No.: CCB-00-CV-3541 |
| BENJAMIN GRAVETT, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered The Injured Workers' Insurance Funds' Motion for Order Permitting Alternative Service of Subpoena Issued to Talley Metal Products, Inc., any response filed thereto, and any hearing thereon, it is this ___2___ day of ___July___, 2001, by the United States District Court for the District of Maryland;

1.   ORDERED, that The Injured Workers' Insurance Fund's Motion for Order Permitting Alternative Service of Subpoena issued to Talley Metal Products, Inc. is granted; and it is further

2.   ORDERED, that service of the subpoena upon Talley Metal Products, Inc. be made by posting the subpoena and request for production of documents at 16020 Business Parkway, Hagerstown, Maryland 21740-4207 and 10813 Archer Lane, Williamsport, Maryland 21795; and it is further

2

3. ORDERED, that The Injured Workers' Insurance Fund shall send copies of the subpoena and request for production of documents by first-class mail to Talley Metal Products, Inc. at 16020 Business Parkway, Hagerstown, Maryland 21740-4207 and 10813 Archer Lane, Williamsport, Maryland 21795.

_____
The Honorable Catherine C. Blake
United States District Judge

20040.009:46038

2