UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INJURED WORKERS' INSURANCE FUND      *

            Plaintiff,      *

vs.      * Civil Action No.: CCB-00-CV-3541

BENJAMIN GRAVETT, et al.      *

            Defendants.      *

*    *    *    *    *    *    *    *    *    *    *    *    *

## MODIFIED JOINT DISCOVERY PLAN

The parties hereto, pursuant to the letter to this Court approved by their counsel and dated September 17, 2001 (attached as Exhibit 1) respectfully request this Court to modify the Joint Discovery Plan that it approved on March 6, 2001, as follows:

All discovery will be completed by October 19, 2001.

The parties will submit a status report on October 19, 2001.

Except to the extent modified by this Modified Joint Discovery Plan, the Joint Discovery Plan approved by this Court on March 6, 2001 shall remain in full force and effect.